UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
08-20195-CIV-MORENO**

ANTHONY TYRONE GRANGER,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

CLOSED
CIVIL
CASE

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
## AND DISMISSING THE CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant's Motion to Vacate Sentence under 28 U.S.C. § 2255 **(D.E. No. 1)**, filed on **January 23, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 6)** on **July 28, 2008**. Movant has failed to filed Objections to the Magistrate Judge's Report and Recommendation. The Court has reviewed the entire file and record and has made a *de novo* review of the issues presented. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 6)** on **July 28, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    The Motion to Vacate is **DISMISSED** as time-barred; and

(2)      This case is **CLOSED**.

The Clerk is directed to mail a copy of this Order to the Movant at the address below.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record

Anthony Tyrone Granger
61651-004
P.O. Box 150160
Atlanta, GA 30315